IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TINA EMERSON                                                                                    PLAINTIFF
ADC #710724

v.                              NO. 1:12CV00129 JLH/HDY

WILLIAMS, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for injunctive relief is DENIED. Document #20.

DATED this 29th day of May, 2013.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE