## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TINA EMERSON                                                                                    PLAINTIFF
ADC #710724

v.                                  NO. 1:12CV00129 JLH/HDY

WILLIAMS, *et al.*                                                                           DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for summary judgment is DENIED. Document #26.

DATED this 7th day of June, 2013.

                                                                                      _____
                                                                                      UNITED STATES DISTRICT JUDGE